Blue Horizon Therapy LLC, Randy Stewart, and Heidi Stewart, Plaintiffs-Appellants and Cross-Appellees, v. Kathy & Johnny, Inc., a Colorado corporation, Defendant-Appellee and Cross-Appellant. No. 20CA1434
Court of Appeals of Colorado, Fifth Division
December 9, 2021
 
 NOT
 PUBLISHED PURSUANT TO C.A.R. 35(e)
 
 
 
 Douglas County District Court No. 19CV30216 Honorable David
 J. Stevens, Judge
 
 
 
 OPINION
 
 
 GOMEZ
 JUDGE
 
 
 JUDGMENT
 REVERSED AND CASE REMANDED WITH DIRECTIONS
 
 
 
 Richman and Harris, JJ ., concur
 
 
 1